# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

MITSUI SUMITOMO INSURANCE CO, LTD (a foreign corporation) a/s/o SHARP ELECTRONICS CORPORATION, v. LANDSTAR RANGER, INC., a corporation

Case Number:
FILED: JULY 17, 2008
08CV4058
JUDGE GETTLEMAN
MAGISTRATE JUDGE ASHMAN
AEE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, MITSUI SUMITOMO INSURANCE COMPANY, LTD

| | |
|---|---|
| NAME (Type or print) Peter H. Honigmann | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Peter H. Honigmann | |
| FIRM Asperger Associates LLC | |
| STREET ADDRESS 150 North Michigan Avenue, Suite 420 | |
| CITY/STATE/ZIP Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6272421 | TELEPHONE NUMBER (312) 856-9901 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |