*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: `08CV4058`                           Assigned/Issued By: `AEE`

Judge Name:                                       Designated Magistrate Judge: `ASHMAN`

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP           ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                   ☐ Alias Summons

☐ Third Party Summons                       ☐ Lis Pendens

☐ Non Wage Garnishment Summons              ☐ Abstract of Judgment
                                            _____
☐ Wage-Deduction Garnishment Summons        _____
                                            (Victim, Against and $ Amount)
☐ Citation to Discover Assets
                                            ☐ Other
☐ Writ _____          _____
          (Type of Writ)                      _____
                                              (Type of issuance)

_____Original and _____ copies on _____ as to _____
                                         (Date)

_____

_____