3007835-LRB/JCN                                                    I.D. 6278120

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MITSUI SUMITOMO INSURANCE CO., LTD (a foreign corporation) a/s/o SHARP ELECTRONICS CORPORATION<br><br>Plaintiff,<br>v.<br><br>LANDSTAR RANGER, INC.,<br><br>Defendant. | No. 08 CV 4058<br><br>Honorable Robert W. Gettleman<br><br>Magistrate Judge Ashman Aee |

**AGREED MOTION FOR ENLARGEMENT OF TIME**

NOW COMES, the Defendant LANDSTAR RANGER, INC., ("LANDSTAR"), by their attorneys Lew R.C. Bricker and John C. Neel of SMITHAMUNDSEN LLC, and moves this Honorable Court for an enlargement of time pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to file its Answer or other response pleading to Plaintiff MITSUI SUMITOMO INSURANCE CO., LTD (a foreign corporation) a/s/o SHARP ELECTRONICS CORPORATION ("SUMITOMO") Complaint up to and on or before September 9, 2008. In support of their motions, third-party defendant states as follows:

1. On or about July 17, 2008, plaintiff filed its original Complaint at Law in this matter in the United States District Court for the Northern District of Illinois.

2. On or about July 21, 2008, plaintiff filed an Amended Complaint at law in this matter.

4. On July 30, 2008, plaintiff obtained service of summons and the Amended Complaint at Law on defendant's agent.

5. Pursuant to Federal Rule of Civil Procedure 12(a), defendant LANDSTAR, is to respond to plaintiff, SUMITOMO's, Amended Complaint on or before August 19, 2008.

6. Counsel for the defendant, LANDSTAR, require additional time to answer or otherwise plead to the allegations in plaintiff, SUMITOMO's, Amended Complaint.

7. Counsel for the defendant, LANDSTAR, has spoken with counsel for plaintiff, SUMITOMO. Counsel for the plaintiff, SUMITOMO, has no objection to this Court granting an enlargement of time to the defendant, LANDSTAR.

8. No party will be prejudiced by the extension.

9. This motion is filed within the time the movant has to answer or otherwise plead pursuant to Federal Rule of Civil Procedure 12(a).

10. In light of the foregoing defendant, LANDSTAR, request up to and including September 9, 2008 to answer or otherwise file responsive pleadings in this matter.

WHEREFORE, the Defendant LANDSTAR RANGER, INC., prays that this Honorable Court enter an Order extending the time in which to file their responsive pleadings up to and including September 9, 2008 and any such other relief that this Court deems appropriate and just.

SMITHAMUNDSEN LLC

LANDSTAR RANGER, INC.

S\ John C. Neel
Attorneys for Defendant,
SMITHAMUNDSEN LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
ARDC No.: 62278120

2

Lew R.C. Bricker, ARDC No. 6206641
John C. Neel, ARDC No. 6278120
SmithAmundsen LLC
Attorneys for Defendant: Landstar Ranger, Inc.
150 N. Michigan Ave.
Suite 3300
Chicago, IL 60601
Tel: 312-894-3200
Fax: 312-894-3210