3007835-LRB/JCN                                                                                          I.D. 6278120

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHER DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MITSUI SUMITOMO INSURANCE CO., LTD (a foreign corporation) a/s/o SHARP ELECTRONICS CORPORATION ) ) ) ) | |
| ) | No.  08 CV 4058 |
| Plaintiff, ) | |
| v. ) | Honorable Robert W. Gettleman |
| ) | |
| LANDSTAR  RANGER, INC., ) | Magistrate Judge Ashman Aee |
| ) | |
| Defendant. ) | |

### NOTICE OF MOTION

TO:   Peter H. Honigmann
      Asperger Associates LLC
      150 North Michigan Ave
      Suite 420
      Chicago, IL 60601

**PLEASE TAKE NOTICE THAT** on **August 26, 2008, at 9:15 a.m**., we shall appear before the **Honorable Robert W. Gettleman** in **Room 1703**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court of the Northern District of Illinois, Eastern Division, the attached **Agreed Motion for Enlargement of Time**, a copy of which is hereby served upon you.

                              By:     /s/ John C. Neel
                                      Attorneys for LANDSTAR RANGER, INC.
                                      SMITH AMUNDSEN, LLC
                                      150 North Michigan Avenue, Suite 3300
                                      Chicago, Illinois 60601
                                      (312) 894-3200
                                      ARDC No.:  6278120

Dated:  August 19, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 19th day of August 2008, he served a **Notice of Motion** and the **Defendant, Landstar Ranger, Inc.'s Agreed Motion for Enlargement of Time** on:

Peter H. Honigmann<br>
Asperger Associates LLC<br>
150 North Michigan Ave<br>
Suite 420<br>
Chicago, IL 60601

These pleadings were served upon the attorneys as listed above, pursuant to the Northern District of Illinois General Order on Electronic Case Filing.

| | |
|---|---|
| [x] | Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: August 19, 2008. |

　　　　　　　　　　　　　　　　　　　　_/s/ John C. Neel_____

Lew R.C. Bricker, ARDC No. 6206641
John C. Neel, ARDC No. 6278120
SMITH AMUNDSEN LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
COUNSEL FOR LANDSTAR RANGER, INC.